Lori Lapin Jones
Chapter 7 Trustee
98 Cutter Mill Road
Suite 201 North
Great Neck, NY  11021
(516) 466-4110

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:
     LINDA L. THORNTON                             Chapter 7
     aka Linda L. Gillespie,                     Case No. 1-10-46060 (jbr)
                Debtor.
-----------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TRUSTEE AND UNITED STATES TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND/OR MOVE TO DISMISS

      **WHEREAS,** Linda Thornton (the "Debtor") filed a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York (Brooklyn Division); and

      **WHEREAS,** Lori Lapin Jones was appointed the Interim Chapter 7 Trustee of the Debtor's estate (the "Trustee"); and

      **WHEREAS,** pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines, October 5, 2010 was fixed as the last day to file a complaint objecting to the discharge of the Debtor and/or file a motion to dismiss; and

**WHEREAS,** the Debtor has consented to an extension of the Trustee and the United States Trustee's time to object to the Debtor's discharge and deadline to make a motion to dismiss under Section 707 (b) of the Bankruptcy Code.

**NOW, THEREFORE,** it is stipulated and agreed by and between the undersigned that:

1. The Trustee and the United States Trustee's time to object to the discharge of the Debtor and/or move to dismiss the Debtor's case including under Section 707 (b) of the Bankruptcy Code is extended for a period through and including December 6, 2010, without prejudice to the Trustee and the United States Trustee's rights to seek a further extension or extensions of such time.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

[The remainder of this page intentionally left blank]

3. The parties hereto consent to the entry of the stipulation as an order in this proceeding.

Dated: Great Neck, New York
September 7, 2010

        s/Lori Lapin Jones
        Lori Lapin Jones,
        Chapter 7 Trustee
        98 Cutter Mill Road
        Suite 201 North
        Great Neck, New York 11021
        Telephone (516) 466-4110

        DWYER & ASSOCIATES
        Attorney for Debtor

        s/David Hamilton
        David Hamilton
        11 Broadway
        Suite 615
        New York, New York 10004
        Telephone: (212) 203-4965

Dated: Brooklyn, New York
SO ORDERED this 10th

day of September, 2010

s/ Joel B. Rosenthal
Hon. Joel B. Rosenthal
United States Bankruptcy Judge